**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 10320

MAERSK LINE, as agents for SAFMARINE, INC.,
　　　　Plaintiff,

-against-

VSHIP COMPANY,
　　　　Defendant.

State Of New York, County of New York SS.:
**ROBIN RAMSON**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on 21ST day of **NOVEMBER 2007** At: **12:15 PM**

At: **373 BROADWAY, SUITE D9, NEW YORK, NEW YORK 10013**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **VSHIP COMPANY**

**PERSONAL SERVICE ON A CORPORATION**
A corporation, by delivering thereat a true copy to **ALI A. SIDDIOVI (CORP.SECRETARY)** personally who stated, that she is the said individual to be *Authorized To Accept Service* thereof

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **BROWN** Hair: **BLACK** App. Age: 35 App Ht: 5'5" App. Wt: 125
Other identifying features:

Sworn to before me this 21ST
day of **NOVEMBER 2007**

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

**ROBIN RAMSON** 956-346