1-16044
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MAERSK LINE, as agents for
SAFMARINE, INC.,

                Plaintiff,

   - against -

VSHIP COMPANY,

                Defendant.
------------------------------------------------X

07 Civ. 10320 (JONES)

NOTICE AND ORDER
OF DISMISSAL

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
        December 18, 2007

                LAW OFFICES OF
                ALBERT J. AVALLONE & ASSOCIATES

                By _____
                Albert J. Avallone - AA1679
                Attorneys for Plaintiff
                MAERSK LINE, as agents for
                SAFMARINE, INC.
                551 Fifth Avenue, Suite 1625
                New York, NY 10176
                (212) 696-1760

SO ORDERED:

_____
     U.S.D.J.

Dec. 19, 2007

USDC SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DOC #:
DATE: 12/21/07